DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ALANA RODRIGUEZ,**
Appellant,

v.

**VOLDEMAR HARVIG,**
Appellee.

No. 4D21-444

[May 13, 2021]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; John Hurley, Judge; L.T. Case Nos. CONO 20-921 and CACE 20-3105.

Morgan L. Weinstein of Twig, Trade & Tribunal, PLLC, Fort Lauderdale, for appellant.

Voldemar Harvig, Lighthouse Point, pro se.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., MAY and CIKLIN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***